ANTONIO TRAVISANO, PLAINTIFF-RESPONDENT, v. AN-
TONIO STEFANELLI, DEFENDANT-APPELLANT.

Submitted March 24, 1913—Decided June 23, 1913.

On appeal from the Supreme Court.

For the plaintiff-respondent, *John A. Bernhard.*

For the defendant-appellant, *Gaetano M. Belfatlo.*

PER CURIAM.

Plaintiff was a boy eight years old, attending a public
school. Defendant was a contractor engaged in making al-
terations to the school building, in the course of which he re-
moved a flight of wooden stairs from the building, and stored
them, as the trial court found, in a dangerous position in the
school yard, which was used by the pupils as a playground.
Plaintiff, while in the yard playing with other pupils, as he
had a right to do, was injured by these stairs falling upon
him and injuring his leg.

The first point made by appellant's brief (there was no
oral argument) is that the trial court should have nonsuited,
as no negligence of defendant was shown. It is sufficient to
say that on examining the evidence we find the court was
fully justified in finding defendant guilty of negligence from
which plaintiff's injury resulted.

The next point is that the plaintiff was guilty of contribu-
tory negligence. This point was not made on the trial, nor
was it assigned as a cause of reversal in the Supreme Court.
In any case, it is difficult to see how a boy eight years old
can be held guilty of contributory negligence as a court ques-
tion in a case of this kind.

The last point is that the plaintiff's father was permitted to
testify as to the character of plaintiff's injuries, though not
qualified as an expert.

We find no objection made to his testimony at the trial on this ground, or indeed on any ground. There was a general objection which, under the well recognized rule, the trial court was entitled to ignore. Apart from this, the father's testimony was not of an expert character.

The case was argued in the Supreme Court at November term, 1912, and decided November 12th, 1912, without opinion. Apparently that court regarded it as a plain case, without merit in the appeal, and considered that an opinion was unnecessary. We likewise fail to find any merit in the appeal. The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, MINTURN, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER, TERHUNE, JJ. 13.

*For reversal*—None.